Daniel P. Taber
556 South Indian Hill Boulevard
Claremont, CA 91711
(612) 817-8128
[dptaber@aol.com]

Daniel P. Taber, Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL P. TABER,

        Plaintiff,

vs.

EXEMPLAR HOLDINGS, LLC,

        Defendant.

Case No. 2:23-cv-00670-BNW

**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES RELATING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 25]**

      Plaintiff Daniel P. Taber ("Plaintiff") and Defendant Exemplar Holdings, LLC ("Defendant"), by and through its counsel at the law firm of Dickinson Wright PLLC, hereby stipulate and agree as follows:

      1.    WHEREAS, on June 25, 2024, Defendant served upon Plaintiff its Motion for Summary Judgment [ECF No. 25];

      2.    WHEREAS, Defendant's counsel previously served certain written discovery upon Plaintiff, including a request for production of documents.

      3.    WHEREAS, Plaintiff delivered to Defendant's counsel four (4) banker boxes and one (1) USB Flash Drive containing documents ("Plaintiff's Documents") in response to Defendant's requests for production of documents for Defendant's counsel's review and copying;

4.   WHEREAS, Plaintiff requested that Defendant's counsel return Plaintiff's Documents upon completion of Defendant's counsel's review and copying so he can prepare his opposition to the Motion for Summary Judgment; and

5.   WHEREAS, Plaintiff's Documents were available to be picked up by Plaintiff on July 10, 2024.

NOW, THEREFORE, in order to avoid any prejudice or claim of prejudice relating to Plaintiff not having Plaintiff's Documents available between June 25, 2024 and July 10, 2024, it is hereby stipulated and agreed by and between the parties that: (1) Plaintiff shall have until July 26, 2024 to serve and file his response to Defendant's Motion for Summary Judgment; and (2) Defendant shall have until August 9, 2024 to serve and file its reply in support of its Motion for Summary Judgment.

Dated: July 11, 2024.

_/s/ Daniel Taber_
Daniel Taber
Pro Se
556 South Indian Hill Boulevard
Claremont, CA 91711

**DICKINSON WRIGHT PLLC**

/s/ Gabriel A. Blumberg
_____
Michael N. Feder, Esq. (NV Bar No. 7332)
Gabriel A. Blumberg, Esq. (NV Bar No. 12332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Exemplar Holdings, LLC*

IT IS SO ORDERED

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2024